

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Yongping Zhou
(Please print)

**STREET ADDRESS:** P.O. Box 2649

**CITY/STATE/ZIP:** Garden City MI 48136

**PHONE NUMBER:** 313-268-8630

**CASE NUMBER:** 08CV4938
JUDGE BUCKLO
MAGISTRATE JUDGE COX

Signature: Yongping Zhou

Date: 08-28-2008

**FILED**

AUG 2 8 2008 T C
Aug 28. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT