

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Yongping Zhou
Plaintiff

v.

Francis Dollan, Stephen Tyma, Scott Pollock, Scott Pollock P.C.
Defendant(s)

CASE: 08CV4938

JUDGE BUCKLO

MAGISTRATE JUDGE COX

FILED
AUG 28 2008 TC
Aug 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Yongping Zhou__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐Yes  ☒No  (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount:_____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: about 1999 Indianapolis. I can't remember name, salary
      Monthly salary or wages:_____
      Name and address of last employer: I can't remembe, warehouse

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages  ☒Yes  ☐No
      Amount __not sure__ Received by I did not share my girlfriend and friend's bank and friend's bank.
   b. ☐ Business, ☐ profession or ☐ other self-employment  ☐Yes  ☐No salary. I lived in her home and friend's house temporarily now.

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes     ☒No
Amount_____ Received by _*not sure their incomes*_

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                        ☐Yes     ☒No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances                          ☒Yes     ☐No
Amount_____ Received by _*my parents helped sometimes hundreds a year*_

f.  ☐ Any other sources (state source: _____ )    ☐Yes     ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☒Yes    ☐No    Total amount: _*not sure*_
In whose name held: _*Yanhua Xu*_    Relationship to you: _*a friend*_

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                                   ☐Yes     ☐No
Property:_____    Current Value: _*not sure*_
In whose name held: _*Yanhua Xu*_    Relationship to you: _*a friend*_

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☒Yes    ☐No
Address of property: _*2335 Galaxy Way    Lake Orion    MI  48360*_
Type of property:_____    Current value: _*not sure*_
In whose name held:_____    Relationship to you: _*a friend*_
Amount of monthly mortgage or loan payments: _*not sure*_
Name of person making payments: _*not sure*_

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                        ☒Yes    ☐No
Property: _*not sure but his car*_
Current value: _*not sure*_
In whose name held: _*Yanhua Xu*_    Relationship to you: _*a friend*_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
_*I am indigent. stayed with friend temperialy, don't share his money*_

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 08-28-2008

_Yongping Zhou_
Signature of Applicant

_Yongping Zhou_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____                    _____
DATE                                     SIGNATURE OF AUTHORIZED OFFICER

                                         _____
                                         (Print name)