**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Yongping Zhou

                      Plaintiff,

v.                                              Case No.: 1:08–cv–04938
                                            Honorable Elaine E. Bucklo

Frances Dolan, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion for leave to proceed in forma pauperis[4] granted.However, the complaint is dismissed for failure to state a claim. Plaintiff's complaint essentially asks this court to reverse a state court verdict, on the grounds that the state court made various rulings on an improper basis. But plaintiff's remedy is an appeal of the verdict. This court has no jurisdiction over this matter. E.g., Bolte v. Supreme Court of Wisconsin, 230 Fed.Appx. 586, 2007 WL 1148684 (7th Cir. 2007)(barring federal suit under the Rooker–Feldman doctrine; see D.C. Ct. App. v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413 (1923).). Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.