# United States District Court
## Northern District of Illinois
### Eastern Division

Zhou                                **JUDGMENT IN A CIVIL CASE**

           v.                                         Case Number: 08 C 4938

Dolan, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed for lack of jurisdiction.

                                                    Michael W. Dobbins, Clerk of Court

Date: 9/2/2008                              _____
                                               /s/ Mathew P. John, Deputy Clerk